AO 91 (Rev 8/01)    Criminal Complaint

United States District Court
Southern District of Texas
FILED

# United States District Court

| SOUTHERN | DISTRICT OF | TEXAS | David J. Bradley, Clerk |

## McALLEN DIVISION

SEP – 4 2016

UNITED STATES OF AMERICA

V.

**Jose Alexander Lopez**

AKA:    **Alexis Gonzalez-Lopez**

IAE    YOB:    1979
**El Salvador**

(Name and Address of Defendant)

## CRIMINAL COMPLAINT

**Case Number:    M-16-1645-M**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my

knowledge and belief. On or about _____**September 2, 2016**_____ in ___**Hidalgo**___ County, in

the _____Southern_____ District of _____Texas_____

(*Track Statutory Language of Offense*)

**being then and there an alien who had previously been deported from the United States to El Salvador in pursuance of law, and thereafter was found near Hidalgo, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;**

in violation of Title ___**8**___ United States Code, Section(s) ___**1326**___    **(Felony)**

I further state that I am a(n) **Senior Patrol Agent** and that this complaint is based on the following facts:

**Jose Alexander Lopez was encountered by Border Patrol Agents near Hidalgo, Texas on September 2, 2016. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on September 2, 2016, near Hidalgo, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on February 15, 2010, through Houston, Tx. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On December 28, 2004, the defendant was convicted of 2nd Degree Rape and was sentenced to twenty (20) years confinement.**

Continued on the attached sheet and made a part of this complaint:    ☐ Yes    ☒ No

Sworn to before me and subscribed in my presence,

**September 04, 2016**

Signature of Complainant

Jerrico Leason    **Senior Patrol Agent**

**Peter E. Ormsby** , **U.S. Magistrate Judge**
**Name and Title of Judicial Officer**

Signature of Judicial Officer